# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

Bridget M. McCormack,
Chief Justice

155197(55)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
DERNIA MARTINEZ,
      Plaintiff-Appellant,

Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 155197
COA: 329931
Kent CC: 14-008385-NI

TMF II WATERCHASE, LLC,
      Defendant-Appellee.

_____/

     On order of the Court, the motion for reconsideration of this Court's September 25, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



b1216

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk